# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 62 WAL 2016

                         Respondent           :

                                        :   Petition for Allowance of Appeal from
                                        :   the Order of the Superior Court

                    v.                   :

JOSHUA YINGLING,                    :

                         Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of August, 2016, the Petition for Allowance of Appeal is **DENIED**.